# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WENDY RIEDI, et al., | : |
| Plaintiffs, | : |
| v. | : CIVIL ACTION |
| GEICO CASUALTY COMPANY, | : NO. 16-6139 |
| Defendant. | : |

## O R D E R

**AND NOW**, this 10th day of April, 2017, upon consideration of the defendant's motion to dismiss (Doc. No. 2) and the plaintiffs' response in opposition to the motion to dismiss (Doc. No. 7), **IT IS HEREBY ORDERED** that the defendant's motion to dismiss (Doc. No. 2) is **GRANTED**.

**IT IS FURTHER ORDERED** that:

1. The plaintiffs' bad faith claims (Counts IV and V) are **DISMISSED without prejudice**.

2. The plaintiffs' procurement claims (Counts VI and VII) are **DISMISSED without prejudice**.

3. The plaintiffs may amend their bad faith claims (Counts IV and V) and procurement claims (Counts VI and VII) by filing an amended complaint within twenty-one (21) days of the date of this Order.

4. Any and all allegations or references to a "fiduciary duty" contained in Counts I, II, and III of plaintiffs' complaint are **STRICKEN with prejudice** from the complaint.

BY THE COURT

 */s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.