# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WENDY RIEDI, et al., | : | |
| Plaintiffs, | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | |
| GEICO CASUALTY COMPANY, | : | NO. 16-6139 |
| Defendant. | : | |

## O R D E R

**AND NOW**, this 11th day of July, 2017, upon consideration of GEICO's motion to dismiss (Doc. No. 12) and the plaintiff's response in opposition to the motion to dismiss (Doc. No. 13), **IT IS HEREBY ORDERED** that the motion to dismiss (Doc. No. 12) is **DENIED**.

BY THE COURT

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.